**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF RIVER CONSTRUCTION INC., AS OWNER AND OPERATOR OF THE RC-100 FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION NO: 4:22-cv-02413**<br><br>**DISTRICT JUDGE: HON. ANDREW S. HANEN**<br><br>**MAGISTRATE JUDGE: HON. SAM S. SHELDON**<br><br>**Admiralty – Rule 9(h)** |

## JOINT DISCOVERY AND CASE MANAGEMENT PLAN

**1. State where and when the parties held the meeting required by Rule 26(f). Identify the counsel who attended for each party.**

The Rule 26(f) conference was conducted by telephone on November 3, 2022, telephonically. Participating were:

1) Rowen Asprodites – On behalf of Petitioner-in-Limitation, River Construction Inc. ("River Construction");

2) Adam Diamond – On behalf of Claimant, Russell Marine, LLC ("Russell Marine");

3) Stacey Norstrud – On behalf of Claimant, BWC Terminals LLC f/k/a Contanda Terminals LLC ("Contanda"); and

4) Ken Woodward – On behalf of Claimant, Lloyd Engineering, Inc. ("Lloyd").

**2. List all related cases pending in any other state or federal court. Identify the court and case number. State the relationship.**

*Russell Marine, LLC v. Contanda Terminals, LLC et. al.*, Civil Action No. 2020-65752, filed in the 295th Judicial District Court of Harris County, Texas (the "State Court Litigation"). The State Court Litigation involves the same underlying facts and occurrences as this proceeding and is the basis for this proceeding.

**3. Briefly describe what this case is about. Generally state the claims, defenses, and threshold issues that each party will likely assert.**

Fairly extensive briefing has already taken place which best summarizes the preliminary issues inherent in this matter. *See* R. Docs. 7, 12, 15, 17, 25, 26, 27, 40, 41, 43, 45, 48, and 51.

**4. Specify the basis of federal jurisdiction. Identify any parties who disagree and the reasons.**

This matter comes within the admiralty and maritime jurisdiction of this Honorable Court, pursuant to Rule 9(h) of the Federal Rules of Civil Procedure, 28 U.S.C. §1333, and Rule F of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Russell Marine objects to the jurisdiction of this Court and fairly extensive briefing has already taken place on this issue. *See* R. Docs. 7, 12, 15, 17, 25, 26, 27, 40, 41, 43, 45, 48, and 51.

**5. Name the parties who disagree with the plaintiff's jurisdictional allegations and state their reasons.**

Russell Marine – *See* R. Docs. 7, 17, 25, 40, 41, 43 and 51. Russell Marine reserves the right to assert additional jurisdictional objections as appropriate.

**6. List any anticipated additional parties that should be included, when they can be included, and by whom they are wanted.**

None known at this time.

**7. List any anticipated interventions.**

N/A

**8. Describe class-action issues.**

N/A

**9. State whether each party represents that it has completed its Rule 26(a) initial disclosures. If not, describe the agreements that have been made to complete the disclosures.**

The parties will exchange Rule 26(a) initial disclosures by November 17, 2023.

**10. Describe the proposed agreed discovery plan, including:**

The parties seeking affirmative relief will produce expert reports by: June 5, 2023

Any rebuttal expert reports will be produced by: July 10, 2023

Discovery must be completed by: August 7, 2023

Dispositive Motions will be filed by: September 4, 2023

**11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

N/A

**12. Specify the discovery beyond initial disclosures that has been undertaken to date.**

Written discovery has been exchanged between several parties in the state action, prior to its stay. However, written discovery is not complete. Additionally, two (2) inspections of the Contanda facility have taken place.

**13. State the date the planned discovery can reasonably be completed.**

The parties anticipate that discovery in this matter can reasonably be completed by August 7, 2023.

**14. Describe the possibilities for a prompt settlement or resolution of the case at your Rule 26(f) meeting.**

The parties agree that settlement is premature at this time, but nonetheless intend to participate in discovery and continued settlement discussions in good faith throughout the pendency of this matter.

**15. Describe what each party has done or agreed to do to bring about a prompt resolution of this dispute.**

The parties agree that settlement is premature at this time but are amenable to participating in a private mediation and/or settlement conference with a Magistrate Judge once sufficient discovery has taken place.

**16. From the attorneys' discussion with their client(s), state the alternative dispute resolution techniques that are reasonably suitable.**

The parties are amenable to participating in a private mediation and/or settlement conference with a Magistrate Judge once sufficient discovery has taken place.

**17. Magistrate judges may now hear jury and nonjury trials. Indicate the parties' joint position on a trial before a Magistrate Judge.**

The parties do not wish to proceed to a trial before a Magistrate Judge.

**18. Identify any party that has made a jury demand and whether it was timely.**

N/A

**19. Specify the number of hours it will take to try this case (including jury selection, presentation of evidence, counsel's opening statements and argument, and charging the jury).**

The parties estimate that it will take 60 hours to try this case.

**20. List pending motions the Court could resolve at the initial pretrial conference.**

a. Russell Marine's Motion to Clarify Stay (R. Doc. 7);
b. Russell Marine's Motion to Dissolve Limitation Injunction and Objection to Claim Filed by BWC Terminals, LLC (R. Doc. 25); and
c. Russell Marine's Rule 12(b) Motion to Dismiss BWC/Contanda, LLC's Claim Against River, Subject Thereto Motion to Dissolve Injunction and Stay Limitation Proceeding, and Rule 12(b) Motion to River Construction's Counterclaim (R. Doc. 43).

**21. List other pending motions.**

N/A

**22. Indicate other matters peculiar to this case, including but not limited to traditional and electronic discovery issues, that deserve the special attention of the court at the conference.**

N/A

**23. Certify that all parties have filed a Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.**

River Construction (R. Doc. 8)
Russell Marine (R. Doc. 36)
Contanda (R. Doc. 35)
Lloyd's Disclosure of Interested Parties is forthcoming.

**24. List the names, bar numbers, addresses, telephone numbers, and e-mails of all counsel and unrepresented parties.**

**Counsel for Petitioner-in-Limitation, Counter-Claimant, and Third Party Plaintiff, River Construction Inc.**

Aaron B. Greenbaum, T.A. (SDTX - Federal ID No. 2023921, TX #24110938)
Salvador J. Pusateri (SDTX – Federal ID No. 438301, TX #24072867)
Rowen F. Asprodites (SDTX – Federal ID No. 3760102, LA #33135)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Aaron.Greenbaum@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Rowen.Asprodites@pjgglaw.com

**Counsel for Claimant and Counter-Defendant, Russell Marine, LLC**

Brian W. Zimmerman (#0788746)
Irving C. Stern (#19175500)
Jennifer S. Wilson (#21697500)
SPENCER FANE, LLP
3040 Post Oak Blvd., Suite 1300
Houston, TX 77056
Telephone: (713) 552-1234
Facsimile: (713) 963-0859
bzimmerman@spencerfane.com
istern@spencerfane.com
jwilson@spencerfane.com

-and-

Bijan R. Siahatgar (#18336200)
Adam R. Diamond (#24092344)
David James (#4032467)
CLARK HILL PLC
909 Fannin Street, Suite 2300
Houston, TX 77010
Telephone: (713) 951-5600
Facsimile: (713) 951-5660
bsiahatgar@clerkhill.com
adiamond@clarkhill.com
djames@clarkhill.com

**Counsel for Claimant, BWC Terminals LLC f/k/a Contanda Terminals, LLC**

Timothy W. Strickland (#19396298)
Stacey T. Norstrud (#24025363)
KEAN MILLER LLP
711 Louisiana Street
Suite 1800 South Tower
Houston, TX 77002
Telephone: (713) 844-3031
Facsimile: (713) 844-3030
tim.strickland@keanmiller.com
Stacey.norstrud@keanmiller.com

**Counsel for Claimant and Third-Party Defendant, Lloyds Engineering, Inc.**

John K. (Ken) Woodard
BUSH & RAMIREZ, PLLC
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
Kwoodard.atty@bushramirez.com

Respectfully submitted,

***/s/ Rowen F. Asprodites***

Aaron B. Greenbaum, T.A.
(SDTX - Federal ID No. 2023921, TX #24110938)
Salvador J. Pusateri
(SDTX – Federal ID No. 438301, TX #24072867)
Rowen F. Asprodites
(SDTX – Federal ID No. 3760102, LA #33135)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Aaron.Greenbaum@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Rowen.Asprodites@pjgglaw.com
**ATTORNEYS FOR PETITIONER-IN-LIMITATION RIVER CONSTRUCTION INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I further certify that I shall mail the foregoing document and the notice of electronic filing by first-class mail to all non CM/ECF participants.

***/s/Rowen F. Asprodites***