United States District Court
Southern District of Texas
**ENTERED**
September 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| RIVER CONSTRUCTION INC., as § | CIVIL ACTION NO. H: 22-2413 |
| Owner and Operator of the RC-1100 for § | |
| Exoneration from Limitation of Liability § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Petitioner-in-Limitation River Construction Inc.'s Ex Parte Motion for Order Noting Default (Doc. No. 101); Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 106); River Construction's objections (Doc. No. 107); BWC Terminals LLC f/k/a/ Contanda Terminals, LLC response to River Construction's objections (Doc. No. 108); and River Constructions reply (Doc. No. 109) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion. Accordingly, it is hereby

**ORDERED** that River Construction's objections (Doc. No. 107) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 106) is **ADOPTED**; Petitioner-in-Limitation River Construction Inc.'s Ex Parte Motion for Order Noting Default (Doc. No. 101) **is DENIED IN PART** as to Contanda and Lloyd and GRANTED IN PART as to all persons, firms, corporations, or entities who have not filed and presented claims and answers in this action.

SIGNED on this ___24th___ day of September 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE