United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT § <br> OF RIVER CONSTRUCTION INC. AS § <br> OWNER AND OEPRATIOR OF THE RC-100 § <br> FOR EXONERATION FROM OR § <br> LIMITATION OF LIABILITY § <br> § | CIVIL ACTION NO. 4:22-CV-02413 |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before this Court in the above-referenced proceeding is BWC Terminals LLC f/k/a Contanda Terminals, LLC's ("Contanda") Motion for Leave to File First Amended Answer and Claim (Doc. No. 111). The Memorandum and Recommendation completed by Magistrate Judge Richard Bennett recommends that this Court deny the Motion for Leave. (Doc. No. 116). Contanda filed timely objections to the Memorandum and Recommendation. (Doc. No. 119).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, Magistrate Judge Bennett's Memorandum and Recommendation, and the objections thereto, and agrees with the conclusion that Contanda's Motion for Leave (Doc. No. 111) should be denied. Accordingly, it is hereby ordered that Contanda's Objections to the Memorandum and Recommendation (Doc. No. 119) are **OVERRULED,** the Memorandum and Recommendation is (Doc. No. 116) is **ADOPTED,** and Contanda's Motion for Leave (Doc. No. 111) is **DENIED**.

The Parties are further ordered to file an amended scheduling order by **July 1, 2026** that will take this case to conclusion.

It is so ordered.

Signed on this the ___1st___ day of June 2026.

Andrew S. Hanen
United States District Judge